**NOT FOR PUBLICATION**

UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

| | |
|---|---|
| ALBERTO SANCHEZ-LUNA, | No.   15-70285 |
| Petitioner, | Agency No. A092-371-605 |
| v. | |
| JEFFERSON B. SESSIONS III, Attorney General, | MEMORANDUM[*] |
| Respondent. | |

On Petition for Review of an Order of the
Board of Immigration Appeals

Submitted April 11, 2017[**]

Before:     GOULD, CLIFTON, and HURWITZ, Circuit Judges.

Alberto Sanchez-Luna, a native and citizen of Mexico, petitions for review

of the Board of Immigration Appeals' ("BIA") order denying his motion to reopen.

We have jurisdiction under 8 U.S.C. § 1252.  We review for abuse of discretion the

---

[*]     This disposition is not appropriate for publication and is not precedent except as provided by Ninth Circuit Rule 36-3.

[**]     The panel unanimously concludes this case is suitable for decision without oral argument.  *See* Fed. R. App. P. 34(a)(2).

denial of a motion to reopen, *Mohammed v. Gonzales*, 400 F.3d 785, 791-92 (9th Cir. 2005), and we deny the petition for review.

The BIA did not abuse its discretion in denying Sanchez-Luna's motion to reopen for failure to establish prima facie eligibility for adjustment of status. *See INS v. Abudu*, 485 U.S. 94, 104 (1988).

The BIA sufficiently articulated its reasons for denying his motion. *See Najmabadi v. Holder*, 597 F.3d 983, 990 (9th Cir. 2010).

We deny Sanchez-Luna's request for judicial notice of the extra-record evidence he submitted with his opening brief. *See Dent v. Holder*, 627 F.3d 365, 371 (9th Cir. 2010) (stating standard for review of out-of-record evidence).

In light of this disposition, we need not reach Sanchez-Luna's remaining contention regarding numerical limitations on his motion. *See Simeonov v. Ashcroft*, 371 F.3d 532, 538 (9th Cir. 2004).

**PETITION FOR REVIEW DENIED.**

15-70285